**ION GEOPHYSICAL CORPORATION, Plaintiff–Cross Appellant,**

v.

**SERCEL, INC., Defendant–Appellant.**

**Nos. 2011–1035, 2011–1056.**

United States Court of Appeals, Federal Circuit.

April 19, 2011.

---

Matthew G. Reeves, Christopher Dove, Locke, Lord, Bissell & Liddell, LLP, Houston, TX, for Plaintiff–Cross Appellant.

Gregory A. Castanias, Jones Day, Washington, DC, Robert W. Turner, Hilda C. Galvan, Margaret Isabel Lyle, Jones Day, Dallas, TX, for Defendant–Appellant.

### ON MOTION

### ORDER

Upon consideration of the joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear their own costs.